UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KALPANA SINGH,
Plaintiff,
v.
RECORDED FUTURE, INC.; and MASTERCARD INTERNATIONAL INCORPORATED,
Defendants.

Case No. 4:26-cv-07001-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Maya Levine, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Arthur Slezak Gaus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 289560.

| | |
|---|---|
| Foley Hoag LLP<br>155 Seaport Boulevard, Seaport West<br>Boston, MA 02210 | CDF Labor Law LLP<br>601 Montgomery Street, Suite 333<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (617) 832-7108 | (415) 981-3233 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mlevine@foleyhoag.com | agaus@cdflaborlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 717601.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2026

*/s/ Maya Levine*
APPLICANT
Maya Levine

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Maya Levine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/28/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

The Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

ALLISON S. CARTWRIGHT
CLERK

Telephone:
(617) 557-1100
General Email:
sjccountyclerk@sjc.state.ma.us
Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

July 17, 2026

Attorney Maya Rose Levine
Maya Levine
Foley Hoag LLP 155 Seaport Boulevard
Boston , MA 02210
mlevine@foleyhoag.com

**IN RE: CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Maya Rose Levine .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/JR 07/17/2026 07.16.2026

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 19, 2025**, said Court being the highest Court of Record in said Commonwealth:

**Maya Rose Levine**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **July** in the year of our Lord **two thousand and twenty-six.**

Allison S. Cartwright

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County